UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-40197 |
| Charles James Dieteman III | ) | |
| Lisa Renee Dieteman | ) | MOTION FOR PAYMENT |
| Debtor | ) | OF UNCLAIMED FUNDS |
| | ) | TO CLAIMANT |

There having been a dividend check in the above named case issued to JJ Macintyre Co, Inc. in the amount of $1,084.16, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the rightful payee listed above c/o The Financial Resources Group, Inc. and mail to 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345.

5/5/06
Date

Larry L. Moses, General Manager
Financial Resources Group, Inc
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345

SUBSCRIBED AND SWORN before me this 5th day of May, 2006.

_____
NOTARY PUBLIC in and for the
State of NM
Residing in Lincoln County
My commission expires: 3/30/09

I hereby certify that a notification of this application was mailed on 5/5/06 to:

U.S. Attorney
U.S. Bankruptcy Court
361 U. S. Courthouse
350 S. Main St.
Salt Lake City, UT 84102

_____
Claimant

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

J J Macintyre Co., Inc.

*have made, constituted and appointed and by these presents do make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit ,*

**ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$1,084.16

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

Signature: Scott Hall, Chief ~~Financial Officer~~ CEO

Date: 5-1-06

J J Macintyre Co., Inc.

Tax ID No: 03-0402322

**J.J. Mac Intyre Co., Inc.**

Phone: 951-898-4315
Toll Free: 800-621-9859
Fax: 951-898-4398

Scott M. Hall
CEO

scott@jjmac.com
www.jjmac.com

1801 California Ave
Corona, CA 92881

PLACE CORPORATE SEAL HERE

---

## NOTARY ACKNOWLEDGEMENT

State of California

County of Riverside

SUBSCRIBED AND SWORN on the 1st day of May, 20 06 before me, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Driver License No. (or specify other identification)**
: _____

WITNESS my hand and official seal.
Signature: Gina M Castello
Residing at: Yucaipa California      (seal)
My commission expires: 6-19-09

GINA M. CASTELLO
COMM. #1581061
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires June 19, 2009

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT District of Utah | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Charles James Dieteman III | Case Number: 04-40197 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

2006 JUN 27 P 12: 20

DISTRICT OF UTAH MAIL

Name and address where notices should be sent:
J.J. MacIntyre Co, Inc
1801 California Ave
Corona, CA 92881
Telephone number: 951-898-4425

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 191079

Check here ☐ replaces ☐ amends a previously filed claim, dated: _____
if this claim

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date) (date)

**2. Date debt was incurred:** 3-23-01

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $2229.73
(unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim $ _____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Please mail this claim form to:
U.S. Bankruptcy Court
350 South Main St., Rm. 301
Salt Lake City, Utah 84101

*Note: Strike any pre-printed text if incorrect AND type or print correct information.

Date: 6-24-05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Maria Corona  Maria Corona  Agent for

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for

006060  62404006073017

0440197C4

# J.J. Mac Intyre Co., Inc.
### Collection Recovery Services

P.O. Box 78150
Corona, California 92877
(951) 898-4425

June 25, 2004

Clerk U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 89401

Accnt#          191079

Original Creditor: Mpower Communications

Please be advised that the following balance due to J.J. MacIntyre co. on the above referenced account.

PRINCIPAL BALANCE:     $  1,798.82

INTEREST TO DATE :     $    430.61

Note: Interest is accrued at 10% per annum in accordance with Civil Code §3289.

THIS IS A DEBT COLLECTION AGENCY.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

April 15, 2001   Page   2A

| Account 702-319-6751 191079 | DETAIL FOR: 702-319-6751 | | |
|---|---|---|---|
| Prorated charges: | | | |
| RESIDENTIAL LINE | (03/07-04/14) | -10.29 | |
| FEDERAL LINE CHARGE 1ST | (03/07-04/14) | -5.13 | |
| CALLER ID | (03/07-04/14) | -10.18 | |
| CCF PKG #1 (INCL CW) | (03/07-04/14) | -15.28 | |
| NON-PUBLISHED SERVICE | (03/07-04/14) | -.98 | |
| LD BLOCK-EXCLUDING 800#S | (03/07-04/14) | .00 | -41.86 |
| Taxes & surcharges: | | | |
| FRANCHISE TAX CLARK CO | | -1.68 | |
| FEDERAL TAX | | -1.26 | |
| FED UNIVERSAL SVCE FUND | | 1.50 | -1.44 |
| TOTAL 702-319-6751 | | | -43.30 |



| DATE DUE | TELEPHONE NUMBER | ACCOUNT NUMBER |
|---|---|---|
| 05/03/2001 | 702-319-6751 | 191079 |

| | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|
| | 1798.82 | |

ADDRESS CORRECTION REQUESTED

*Please indicate amount enclosed*
*Please Do Not Send Cash*

Make check or money order payable to

LISA SANGSTER                           RT          MPOWER COMMUNICATIONS
4663 FOUR LEAF CLOVER DR                            P.O. BOX 60767
LAS VEGAS, NV  89122-6109                           LOS ANGELES, CA 90060-0767

191079050320010000179882 8



P.O. Box 60767
Los Angeles, CA 90060-0767
Toll Free 1 (888) 636-2645
Phone 1 (702) 310-3100
Toll Free Fax 1 (866) 891-2088
Web: www.mpowercom.com

| TELEPHONE NUMBER | 702-319-6751 |
|---|---|
| ACCOUNT NUMBER | 191079 |
| STATEMENT DATE | 04/15/2001 |
| DATE DUE | 05/03/2001 |

| PREVIOUS BALANCE | 1842.12 |
|---|---|
| PAYMENTS/ADJUSTMENTS | .00 |
| BALANCE FORWARD | 1842.12 |
| CURRENT CHARGES | -43.30 |
| AMOUNT DUE | 1798.82 |

| DESCRIPTION | AMOUNT | COMMENTS |
|---|---|---|
| Previous balance forward | 1842.12 | Payments received after 04/09/01 are not included. |
| Payments/adjustments | .00 | |
| Balance forward | 1842.12 | |
| | | |
| Current charges: | | |
| Other charges/credits | -41.86 | |
| Taxes and surcharges | -1.44 | |
| | | |
| Total current charges | -43.30 | |
| | | |
| **TOTAL AMOUNT DUE** | 1798.82 | |



| | DATE DUE | TEL... | ACCOUNT NUMBER |
|---|---|---|---|
| | 07/03/200... | 702... | 191079 |

PAYMENT ENCLOSED

Please indicate amount enclosed
Please Do Not Send Cash

ADDRESS CORRECTION REQUESTED

Make check...

LISA SANGSTER
4663 FOUR LEAF CLOVER DR
LAS VEGAS, NV 89122-6109

W... UNICATIONS
... CA 90060-0767

1910790703200100001798...

PLEASE... LONG PERFORATION       ... PORTION WITH YOUR PAYMENT

## mpower Communications

P.O. Box 60767
Los Angeles, CA 90060-0767
Toll Free 1 (888) 636-2645
Phone 1 (702) 310-3100
Toll Free Fax 1 (866) 891-2088
Web: www.mpowercom.com

| TELEPHONE NUMBER | 702-319-675... |
|---|---|
| ACCOUNT NUMBER | 19107... |
| STATEMENT DATE | 06/15/200... |
| DATE DUE | 07/03/200... |

| | |
|---|---|
| P... OUR BALANCE | 1798.82 |
| P... ADJUSTMENTS | .00 |
| ... CE FORWARD | 1798.82 |
| ... NT CHARGES | .00 |
| ... NT DUE | 1798.82 |

| DESCRIPTION | AMOUNT |
|---|---|
| Previous balance forward | 1798.82 |
| Payments/adjustments | .00 |
| Balance forward | 1798.82 |
| | |
| Current charges: | |
| | |
| Total current charges | |
| | |
| **TOTAL AMOUNT DUE** | 1798.82 |

COMMENTS

Payments received after 06/06/01 are not...



| | |
|---|---|
| DATE DUE | 06/01/2001 |
| TEL... | 702-... |
| ACCOUNT NUMBER | 191079 |

070501.9B

PAYMENT ENCLOSED

*Please indicate amount enclosed*
*Please Do Not Send Cash*

ADDRESS CORRECTION REQUESTED

Make check...  RT  ...MUNICATIONS
... CA 90060-0767

LISA SANGSTER
4663 FOUR LEAF CLOVER DR
LAS VEGAS, NV 89122-6109

1910790601200100000179882

# mpower Communications

P.O. Box 60767
Los Angeles, CA 90060-0767
Toll Free 1 (888) 636-2645
Phone 1 (702) 310-3100
Toll Free Fax 1 (866) 891-2088
Web: www.mpowercom.com

| | |
|---|---|
| TELEPHONE NUMBER | 702-319-675. |
| ACCOUNT NUMBER | 19107 |
| STATEMENT DATE | 05/15/200 |
| DATE DUE | 06/01/200 |

| | |
|---|---|
| ...BALANCE | 1798.82 |
| ...ADJUSTMENTS | .00 |
| ...FORWARD | 1798.82 |
| ...CHARGES | .00 |
| ...NT DUE | 1798.82 |

| DESCRIPTION | AMOUNT |
|---|---|
| Previous balance forward | 1798.82 |
| Payments/adjustments | .00 |
| Balance forward | 1798.82 |
| Current charges: | |
| Total current charges | |
| TOTAL AMOUNT DUE | 1798.82 |

COMMENTS

... received after 05/08/01 are not
...

...ential rate is increas-
... for all new lines
... 1, 2001. The new line
... include Call Waiting,
... ...ing and caller ID at the
...'s option. If you are cur-
...ly ...ential customer, your
... ...main the same at
... ...cation unless you
... ...nge to another rate plan.
... rate will apply to
... ... added.

... ...niversal Service Fund
... ...ng increased from $.30
... ...ing with this bill.

# J. J. MAC INTYRE CO., INC.

### FINANCIAL STATEMENTS
### WITH
### INDEPENDENT AUDITORS' REPORT

**FOR THE YEAR ENDED
DECEMBER 31, 2005**

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Independent Auditors' Report | 1 |
| Statement of Assets, Liabilities, and Stockholders' Equity – Income Tax Basis | 2 |
| Statement of Revenues, Expenses, and Retained Earnings – Income Tax Basis | 3 |
| Notes to Financial Statements | 4–6 |

Michael R. Adcock, CPA
Thomas E. Ahern, CPA
Linda S. Devlin, CPA
Janell M. Fratt, CPA
Wing K. Lau, CPA
Andrew Steinke, CPA
Nora L. Teasley, CPA
A California Limited Liability Partnership
Certified Public Accountants

Ahern·Adcock·Devlin LLP

Members
American Institute of
Certified Public Accountants
Private Companies
Practice Section
Employee Benefit Plan
Audit Quality Center
California Society of
Certified Public Accountants

## Independent Auditors' Report

To the Board of Directors
J. J. Mac Intyre Co., Inc.

We have audited the accompanying statement of assets, liabilities, and stockholders' equity – income tax basis of J. J. Mac Intyre Co., Inc. (the "Company") as of December 31, 2005 and the related statement of revenues, expenses, and retained earnings – income tax basis for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

As described in Note 1, these financial statements were prepared on the basis of accounting the Company uses for income tax purposes, which is a comprehensive basis of accounting other than United States generally accepted accounting principles.

In our opinion, the financial statements referred to above present fairly, in all material respects, the assets, liabilities, and stockholders' equity of J. J. Mac Intyre Co., Inc. as of December 31, 2005, and its revenues and expenses and changes in stockholders' equity for the year then ended, on the basis of accounting described in Note 1.

Ahern • Adcock • Devlin LLP
Certified Public Accountants

By: Michael R. Adcock, CPA

February 3, 2006

-1-

# J. J. MAC INTYRE CO., INC.

## Statement of Assets, Liabilities, and Stockholders' Equity – Income Tax Basis

December 31, 2005

### ASSETS
**Current assets**

| | |
|---|---:|
| Cash | $ 499,398 |
| Advances receivable from employees | 200 |
| Deposits | 5,000 |
| Total current assets | 504,598 |

**Equipment**

| | |
|---|---:|
| Furniture, fixtures, and office equipment | 417,358 |
| Less accumulated depreciation | (301,585) |
| Net equipment | 115,773 |

**Other assets**

| | |
|---|---:|
| Goodwill, net of amortization of $1,044,888 | 2,930,112 |
| Total assets | $3,550,483 |

### LIABILITIES AND STOCKHOLDERS' EQUITY
**Current liabilities**

| | |
|---|---:|
| Current portion of long-term debt | $ 278,691 |
| Total current liabilities | 278,691 |

**Long-term liabilities**

| | |
|---|---:|
| Long-term debt | 2,971,088 |
| Total liabilities | 3,249,779 |

**Stockholders' equity**
Common stock, no par value
  Authorized: 250,000

| | |
|---|---:|
|   Issued and outstanding: 1,000 shares | 10,000 |
| Additional paid-in capital | 121,840 |
| Retained earnings | 168,864 |
| Total stockholders' equity | 300,704 |
| Total liabilities and stockholders' equity | $3,550,483 |

*The accompanying notes are an integral part of these financial statements.*

# J. J. MAC INTYRE CO., INC.

## Statement of Revenues, Expenses, and Retained Earnings – Income Tax Basis

For the Year Ended December 31, 2005

**Revenues**
| | |
|---|---:|
| Commissions and fee income | $8,032,448 |
| Other income | 74,029 |
| Total revenues | 8,106,477 |

**Operating expenses**
| | |
|---|---:|
| Depreciation and amortization | 313,304 |
| Advertising, selling, and promotional | 69,603 |
| Auto expenses | 30,504 |
| Bank charges, collection expenses, and credit card fees | 312,016 |
| Building and equipment rental | 790,470 |
| Commissions and incentives | 110,651 |
| Insurance | 33,130 |
| Legal, accounting, professional, computer support, and consulting fees | 207,202 |
| Office expenses | 122,735 |
| Postage and shipping | 447,721 |
| Salaries, wages, and related expenses | 4,224,071 |
| Taxes and licenses | 58,427 |
| Telephone, utilities, and repairs | 280,540 |
| Travel, seminars, meals, and entertainment | 93,264 |
| Total operating expenses | 7,093,638 |
| Operating income | 1,012,839 |

**Other income (expense)**
| | |
|---|---:|
| Interest income | 36,215 |
| Interest expense | (171,592) |
| Income before income taxes | 877,462 |
| **Income taxes** | 25,218 |
| Net income | 852,244 |

**Retained earnings**
| | |
|---|---:|
| Balance, beginning of year | 236,253 |
| Dividends paid | (919,633) |
| Balance, end of year | $ 168,864 |

*The accompanying notes are an integral part of these financial statements.*

# J. J. MAC INTYRE CO., INC.

## Notes to Financial Statements

### 1. Basis of Presentation and Significant Accounting Policies

J. J. Mac Intyre Co., Inc. (the "Company") was incorporated March 11, 2002. The Company offers collection services on a national basis and maintains offices in California and Nevada. The majority of the Company's operations and customers are located in California.

### Basis of Accounting

The accounting method used in the preparation of the accompanying financial statements is the same method used by the Company to prepare its federal and state income tax returns. This differs from the accrual method in that depreciation deductions and amortization of goodwill follow federal income tax laws. Accordingly, these statements are not intended to purport financial position or results of operations in accordance with United States generally accepted accounting principles.

### Cash

The Company has cash in financial institutions which is insured by the Federal Deposit Insurance Corporation (FDIC) up to $100,000 at each institution. At various times throughout the year, the Company may have cash balances at financial institutions which exceed the FDIC insurance limit. Management reviews the financial condition of these financial institutions on a periodic basis and does not believe this concentration of cash results in a high level of risk for the Company.

### Income Taxes

The Company has elected to be taxed as an "S" corporation for federal and state of California purposes. Under federal tax provisions, the Company does not pay federal corporate taxes on its income. Instead, the shareholders are liable for income taxes on their respective share of taxable income and other distributable items. The state tax treatment is substantially the same as the federal, except for a 1.50 percent tax imposed in the state of California on the Company's taxable income and corporate taxes as applicable, imposed by other states.

### Property and Equipment

Property and equipment are carried at cost. Depreciation is calculated using the Modified Accelerated Cost Recovery System (MACRS) and other special depreciation allowable under the tax laws. The lives used for depreciation purposes are those permitted for income tax purposes; therefore, some assets may be depreciated faster than their estimated useful lives.

### Goodwill

In connection with the initial acquisition by the Company of the collection business and acquisition of the second collection agency in June 2003, the excess of the acquisition cost over the book value of the assets acquired has been recorded as goodwill. In accordance with the income tax basis of accounting described above, goodwill is being ratably amortized over 15 years under Section 197 of the Internal Revenue Code.

# J. J. MAC INTYRE CO., INC.

## Notes to Financial Statements

1. **Basis of Presentation and Significant Accounting Policies** (Continued)

**Compensated Balances**

In accordance with the tax basis, the Company's policy is to recognize the costs of compensated absences when actually paid to employees.

**Use of Estimates**

The preparation of financial statements requires management to make estimates and assumptions that affect the amounts reported in the financial statements and disclosures made in the accompanying notes to the financial statements. While management believes these estimates are adequate, actual results could differ from those estimates.

**Major Customer**

One major customer provided $1,024,934 and 12.6 percent of the total net revenues for 2005.

2. **Long-term Debt**

Long-term debt consists of the following at December 31, 2005:

Promissory note
  Maturity date: December 2007
  Interest rate: 5.0%
  Repayment provision: Monthly installments of $4,606, including interest
  Balance                                                                          $   104,985

Codar, Inc.
  Maturity date: December 2016
  Interest rate: 5.0%
  Repayment provision: Minimum monthly installments of $31,632,
    including interest
  Security: Secured by substantially all of the Company's assets and guaranteed
  by the stockholders
  Balance                                                                              3,144,794
                                                                                       3,249,779
  Less current portion                                                                  (278,691)
                                                                                      $2,971,088

# J. J. MAC INTYRE CO., INC.

## Notes to Financial Statements

**2.  Long-term Debt** (Continued)

Maturities of long-term debt are as follows:

For the year ending December 31,

| | |
|---|---:|
| 2006 | $ 278,691 |
| 2007 | 292,950 |
| 2008 | 251,383 |
| 2009 | 264,244 |
| 2010 | 277,764 |
| Thereafter | 1,884,747 |
| | $3,249,779 |

**3.  Related Party Transactions**

The Company leases buildings, facilities, and equipment from Collection Recovery Services, LLC, a related corporation owned by the stockholders of the Company, under a 20 year noncancelable lease expiring April 30, 2022. The related rental expense was $720,000 for the year.

The future minimum rental payments under this lease are as follows:

For the year ending December 31,

| | |
|---|---:|
| 2006 | $ 720,000 |
| 2007 | 720,000 |
| 2008 | 720,000 |
| 2009 | 720,000 |
| 2010 | 720,000 |
| Thereafter | 8,160,000 |
| | $11,760,000 |

**4.  Contingencies**

During the normal course of business, the Company routinely files numerous legal actions to collect amounts assigned to it for collection. At year-end, the Company had some claims against it relating to collection activities and an employment contract. Management believes that these matters are covered under the Company's liability insurance and indemnification agreement and that the uncovered losses, if any, would not have a material effect on the financial statements.

# THE FINANCIAL RESOURCES GROUP, INC.

700 MECHEM DRIVE, SUITE 8B
RUIDOSO, NEW MEXICO 88345
TELEPHONE 800-820-0597  FAX 800-820-0597

Friday, May 05, 2006

Ms. Kellie Wood
Financial Deputy
U.S. Bankruptcy Court
360 U.S. Courthouse
350 S. Main Street
Salt Lake City, UT 84101

Re:   Application for Payment of Unclaimed Funds

DEBTOR:     Charles James Dieteman III & Lisa Renee Dieteman
CASE NO.    04-40197
CREDITOR:   JJ Macintyre Co, Inc.
AMOUNT:     $1,084.16

Dear Ms. Wood:

Enclosed, please find the necessary documents for our clients application for payment of unclaimed funds in the above referenced case.

Please advise me if any further information is required.

Sincerely,

Sabrina Randolph
Office Manager

enclosures